UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| ASH NEWELL, | |
| Plaintiff, | Docket No. |
| - against - | JURY TRIAL DEMANDED |
| FENDER MUSICAL INSTRUMENTS CORPORATION | |
| Defendant. | |

## COMPLAINT

Plaintiff Ash Newell ("Newell" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Fender Musical Instruments Corporation ("Fender Musical Instruments" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of American guitarist Duane Eddy, owned and registered by Newell, a professional photographer. Accordingly, Newell seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Arizona and is registered with the Arizona Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Newell is a professional photographer in the business of licensing his photographs for a fee having a usual place of business at 1222 Cherokee Road, Louisville, Kentucky 40204.

6. Upon information and belief, Fender Musical Instruments is a business corporation organized and existing under the laws of the State of Delaware, with a place of business at 17600 N. Perimeter Drive, Suite 100, Scottsdale, Arizona 85255. At all times material hereto, Fender Musical Instruments has owned and operated a website at the URL: www.Bigsby.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. Newell photographed American guitarist Duane Eddy (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Newell is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-139-795.

**B.  Defendant's Infringing Activities**

10. Fender Musical Instruments ran the Photograph on the Website. See: https://www.bigsby.com/duane-eddy/. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Fender Musical Instruments did not license the Photograph from Plaintiff for its Website, nor did Fender Musical Instruments have Plaintiff's permission or consent to publish the Photograph on its Website.

12. Plaintiff first discovered the use of the Photograph on the Website in May 2020.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Fender Musical Instruments infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Fender Musical Instruments is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Fender Musical Instruments have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Fender Musical Instruments be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
　　　　May 10, 2020

　　　　　　　　　　　　　　　　　　　　　LIEBOWITZ LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　　By: /s/Richard Liebowitz
　　　　　　　　　　　　　　　　　　　　　　　Richard P. Liebowitz
　　　　　　　　　　　　　　　　　　　　　11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Ash Newell*